FORM 9A. Notice of Related Case Information                              Form 9A (p. 1)
                                                                          March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 2023-2145

**Short Case Caption** Bright Data Ltd. v. The Data Company Technologies Inc.

**Filing Party/Entity** The Data Company Technologies Inc.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

See Attachment A.

☑   Additional pages attached

FORM 9A. Notice of Related Case Information · Form 9A (p. 2)
March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

See Attachment A.

☑  Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

See Attachment A.

☑  Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/26/2023

Signature: /s/ Michael N. Rader

Name: Michael N. Rader

# 23-2145
# ATTACHMENT A TO NOTICE OF RELATED CASES

1. **Related or prior cases. Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).**

<u>U.S. Court of Appeals for the Federal Circuit</u>
- *Bright Data Ltd. v. Code200, UAB*, No. 2023-2144 (Fed. Cir.)
- *Bright Data Ltd. v. The Data Company Technologies Inc.*, No. 2023-2146 (Fed. Cir.)
- *Bright Data Ltd. v. Code200, UAB*, No. 2023-2147 (Fed. Cir.)

<u>United States District Court</u>
- *Bright Data Ltd. v. Teso LT, UAB a/k/a UAB Teso LT et al.*, No. 2:19-cv-00395-JRG (E.D. Tex.)
- *Luminati Networks Ltd. v. Tefincom SA d/b/a NordVPN*, No. 2:19-cv-00396-JRG (E.D. Tex)
- *Bright Data Ltd. v. Tefincom SA d/b/a NordVPN*, No. 2:19-cv-00414-JRG (E.D. Tex)
- *Bright Data Ltd. v. Oxylabs, UAB*, No. 2:23-cv-00171-JRG (E.D. Tex)

<u>Patent Trial and Appeal Board, United States Patent and Trademark Office</u>
- *Code200, UAB et al. v. Bright Data Ltd.*, Case No. IPR2021-01492
- *Code200, UAB, et al. v. Bright Data Ltd.*, Case No. IPR2021-01493
- *Metacluster LT, UAB v. Bright Data Ltd.*, Case No. IPR2022-00687
- *Major Data UAB v. Bright Data Ltd.*, Case No. IPR2022-00915
- *Major Data UAB v. Bright Data Ltd.*, Case No. IPR2022-00916

*Central Reexamination Unit, United States Patent and Trademark Office*
- Reexamination Control No. 90/014,624 of U.S. Patent No. 10,484,511
- Reexamination Control No. 90/014,652 of U.S. Patent No. 10,637,968
- Reexamination Control No. 90/014,816 of U.S. Patent No. 10,637,968
- Reexamination Control No. 90/014,827 of U.S. Patent No. 10,484,511
- Reexamination Control No. 90/014,875 of U.S. Patent No. 10,257,319
- Reexamination Control No. 90/014,876 of U.S. Patent No. 10,484,510

2. **Names of all parties involved in the cases listed above. Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).**

- Bi Science (2009) Ltd.
- Bright Data Ltd. f/k/a Luminati Networks Ltd.
- Code200, UAB
- Coretech LT, UAB
- EMK Capital Partners GP Co-Investment LP
- EMK Capital Partners LP
- EMK Capital, LLP
- Hola Networks Ltd.
- Hola VPN Ltd.
- Luminati Networks Ltd.
- Major Data UAB
- Metacluster LT, UAB
- NetNut Ltd.
- Oxylabs, UAB, f/k/a Teso LT, UAB
- Oxylabs, UAB, f/k/a Metacluster LT UAB
- Oxysales, UAB
- Tefincom S.A. d/b/a NordVPN
- Teso LT, UAB
- The Data Company Technologies Inc.

**3. Names of law firms, partners, and associates in the cases listed above. Do not duplicate the names of law firms, partners and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).**

Allen & Overy LLP
    Colby Alexander Davis

Capshaw DeRieux LLP
    Sidney Calvin Capshaw, III
    Elizabeth L. DeRieux

Charhon, Callahan, Robson & Garza
    Christopher Thor Bovenkamp
    Steven Chase Callahan
    Anthony Matthew Garza
    John Charles Heuton
    George T. Scott
    Mitchell Reed Sibley
    Craig N. Tolliver

Cherian, LLP
    Korula T. Cherian
    Thomas M. Dunham
    Robert M. Harkins, Jr.
    Elizabeth O'Brien
    Ronald Wiekopolski

Findlay Craft, P.C.
    Eric Hugh Findlay

Goodwin Procter, LLP
    Amadou Kilkenny Diaw

23-2145
ATTACHMENT A
Page 4

Liston Abramson
    Ronald Abramson
    Ari Jaffess
    M. Michael Lewis

Mann, Tindel Thompson
    James Mark Mann
    Gregory Blake Thompson

Mauriel, Kapouytian Woods
    Jason R. Bartlett
    Liang Huang
    Wensheng Ma

May Patents Ltd. c/o Dorit Shem-Tov
    Yehuda Binder

Motieka & Audzevicius
    Justinas Jarusevicius

Norton Rose Fulbright
    David H. Ben-Meir
    Gabriel Scott Culver
    Brett Christopher Govet
    Warren Szutse Huangt
    Daniel S. Leventhal
    Arthur P. Licygiewicz
    Brett Ashley McKean
    Brandy Shannell Nolan
    Alexandra Alise Porter
    Eagle H. Robinson

RuyakCherian LLP
    Korula T. Cherian
    Joshua C. Benson
    Craig Hoovler

Scheef & Stone, LLP
 Anna Rebecca Skupin
 Michael Charles Smith

Wolf, Greenfield & Sacks, P.C.
 Michael N. Rader
 Adam R. Wichman
 Gregory S. Nieberg
 Marie A. McKiernan