FORM 9A. Notice of Related Case Information                                  Form 9A (p. 1)
                                                                              March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## NOTICE OF RELATED CASE INFORMATION

**Case Number** 23-2145

**Short Case Caption** Bright Data Ltd. v. The Data Company Technologies Inc.

**Filing Party/Entity** Bright Data Ltd.

> **Instructions:** Do not duplicate information. The notice must only be filed at the time of filing the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. *See* Fed. Cir. R. 47.5(b). Attach additional pages as needed. This notice must not be included in a motion, petition, related response, or brief; please only include the Certificate of Interest (Form 9) in those documents.

1. **Related or prior cases.** Provide the case title, case number, and originating tribunal for each case. Fed. Cir. R. 47.5(b)(1).

Please see Attachment A

☑    Additional pages attached

FORM 9A. Notice of Related Case Information　　　　　　　　　　　　　　Form 9A (p. 2)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　March 2023

2. **Names of all parties involved in the cases listed above.** Do not duplicate the names of parties. Do not relist the case information. Fed. Cir. R. 47.5(b)(2)(A).

> BRIGHT DATA LTD. F/K/A LUMINATI NETWORKS LTD.; BI SCIENCE (2009) LTD.; BI SCIENCE INC.; CODE200, UAB; TESO LT, UAB; METACLUSTER LT, UAB; OXYSALES, UAB; CORETECH LT, UAB; OXYLABS, UAB; THE DATA COMPANY TECHNOLOGIES INC.; MAJOR DATA UAB; and TEFINCOM SA D/B/A NORDVPN.

☐ Additional pages attached

3. **Names of all law firms, partners, and associates in the cases listed above.** Do not duplicate the names of law firms, partners, and associates. Do not relist case information and party names. Fed. Cir. R. 47.5(b)(2)(B).

> Please see Attachment B

☑ Additional pages attached

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 07/27/2023　　　　　　　　　Signature: /s/ Robert M. Harkins, Jr.

　　　　　　　　　　　　　　　　　Name: Robert M. Harkins, Jr.

ATTACHMENT A: RELATED OR PRIOR CASES

**<u>Before the Federal Circuit Court of Appeals:</u>**

No. 20-2118 (pending; appeal from U.S. Dist. Ct., E.D. Tex., No. 2:18-cv-483)

No. 20-2181 (pending; appeal from U.S. Dist. Ct., E.D. Tex., No. 2:18-cv-483)

No. 21-1664 (pending; appeal from U.S. Dist. Ct., E.D. Tex., No. 2:18-cv-483)

No. 21-1667 (pending; appeal from U.S. Dist. Ct., E.D. Tex., No. 2:18-cv-483)

No. 23-2144 (pending; appeal from IPR2022-00103)

No. 23-2146 (pending; appeal from IPR2022-00138)

No. 23-2147 (pending; appeal from IPR2022-00353)

**<u>Before the US District Court of the Eastern District of Texas:</u>**

No. 2:18-cv-483 (pending; on appeal before the Fed. Cir.)

No. 2:19-cv-395 (pending)

No. 2:19-cv-396 (pending)

No. 2:19-cv-414 (pending)

No. 2:23-cv-171 (pending)

**<u>Before the USPTO Patent Trial and Appeal Board:</u>**

IPR2021-01492 (pending)

IPR2021-01493 (pending)

IPR2022-00103 (pending; on appeal before the Fed. Cir.)

IPR2022-00138 (pending; on appeal before the Fed. Cir.)

IPR2022-00353 (pending; on appeal before the Fed. Cir.)

IPR2022-00915 (pending)

IPR2022-00916 (pending)

IPR2022-00687 (pending)

PGR2022-00052 (pending)

PGR2022-00061 (pending)

**Before the USPTO Central Reexamination Unit:**

Reexamination Control No. 90/014,652 (pending)

Reexamination Control No. 90/014,816 (pending)

Reexamination Control No. 90/014,624 (pending)

Reexamination Control No. 90/014,827 (pending)

Reexamination Control No. 90/014,875 (pending)

Reexamination Control No. 90/014,876 (pending)

Reexamination Control No. 90/014,880 (pending)

**ATTACHMENT B: NAMES OF ALL LAW FIRMS, PARTNERS, AND ASSOCIATES IN THE CASES LISTED ABOVE**

### Cherian LLP

Korula T. Cherian

Robert M. Harkins, Jr.

Thomas M. Dunham

Ronald R. Wielkopolski

Elizabeth A. O'Brien

### Capshaw DeRieux LLP

Elizabeth L. DeRieux

S. Calvin Capshaw

### MT2 Law Group

G. Blake Thompson

J. Mark Mann

### Norton Rose Fulbright US LLP

Mark Garrett

Daniel Leventhal

Brett Govett

Warren Huang

Alexandra Porter

Arthur Licygiewicz

Brandy Nolan

Brett McKean

David Ben-Meir

Gabriel Culver

Becca Skupin

**Wolf, Greenfield & Sacks, P.C.**

Michael Rader

Adam Wichman

Gregory Nieberg

Marie McKiernan

**Charhon Callahan Robson & Garza, PLLC**

John Heuton

George Scott

Craig Tolliver

Christopher Bovenkamp

Mitchell Sibley

Steven Callahan

Anthony Garza

**Motieka & Audzevicius**

Justinas Jarusevicius

**Scheef & Stone, LLP**

Michael Smith

**Mauriel Kapouytian Woods LLP**

Liang (Ray) Huang

Wensheng (Vincent) Ma

Jason Bartlett

**Findlay Craft, P.C.**

Eric Findlay

Brian Craft

Debby Gunter

Kelce Wilson

**Liston Abramson LLP**

Michael Lewis

Ronald Abramson

**Steckler Wayne Cherry & Love**

Greg Love

**Charish Law Group**

Michael Charish

**Sterne Kessler Goldstein & Fox PLLC**

John Rozendaal

William Milliken